Upor Unemployment Compensation Case.

Argued November 12, 1964. *Istvan Upor*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Wadsworth Unemployment Compensation Case.

Argued November 12, 1964. *Clara M. Wadsworth*, appellant, in propria persona, submitted a brief; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Zablotney Unemployment Compensation Case.

Argued November 12, 1964. *Joseph N. Cascio*, with him *Fike, Cascio & Boose*, for appellants; *Sydney Reuben*, Assistant Attorney General, with him *Raymond Kleiman*, Deputy Attorney General, and *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.